# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-0265
_____

SYLVIO PARENT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Russell Healey, Judge.

February 27, 2019

PER CURIAM.

DISMISSED.

ROWE, BILBREY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Sylvio Parent, pro se, Appellant.

Ashley B. Moody, Attorney General, Tallahassee, for Appellee.